| Prob 22 (2/98) | | DOCKET NUMBER (Tran Court) NM9 342408 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Court) 3:14-00075-01 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Keemer L. Jordan 2641 Solon Drive Nashville, TN 37206 | DISTRICT Northern District of Mississippi | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE David A. Sanders, U.S. Magistrate Judge | |
| | DATES OF PROB/TSR RELEASE | FROM 3/25/2014 — TO 9/24/2014 |

OFFENSE

Driving Under the Influence and Driving While License Suspended

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/21/14
Date

_[signature]_
United States Magistrate Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/28/14
Date

_[signature]_
United States ~~District~~ Judge
MAGISTRATE